**Corrected Order filed September 8, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00115-CV

———————

**AC PLASTIQUES USA, LLC, Appellant**

**V.**

**CORPRO, INC., AND JAMES CONSTRUCTION GROUP, LLC, Appellees**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-72717**

## CORRECTED ORDER

AC Plastiques USA filed this interlocutory appeal challenging the denial of its special appearances filed against CorPro, Inc. and James Construction Group, LLC. Since the denial of the special appearances, CorPro filed a notice of nonsuit requesting the trial court to dismiss all of its claims against AC Plastiques. The trial court signed an order dismissing CorPro's claims with prejudice to refiling. The trial court also severed a previously granted summary judgment against CorPro into a separate cause number.

On July 26, 2016, CorPro filed a motion to dismiss AC Plastiques' appeal of the denial of CorPro's special appearance. CorPro argues that because the summary judgment has been severed, and CorPro's claims have been dismissed, any issues against CorPro are moot. CorPro's motion is granted. Appellee CorPro is ordered **DISMISSED** from the interlocutory appeal. The interlocutory appeal shall continue as to appellee James Construction Group, LLC.

PER CURIAM

Panel consists of Chief Justice Frost and Justice Donovan and Brown.